IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| PLANET TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLANIT TECHNOLOGY GROUP L.L.C., *et al.*, <br><br> Defendants. | Case No. 8:10-cv-149-AW |

## JOINT NOTICE

The undersigned counsel for Plaintiff Planet Technologies, Inc. and Defendants Planit Technology Group, LLC, The Planit Group, Inc., Casey F. Robinson and Denise M. Robinson hereby give notice to the Court that the parties have executed an agreement to settle all claims in the above-captioned case (the "Agreement").

The parties understand that the Court will administratively close the case, but that any party to move to re-open the case to allow for the Court to address any issues relating to the enforcement of the Agreement, or as any party may deem necessary. The parties consent to the Court's retention of jurisdiction for the purpose of enforcing the parties' compliance with the terms of the Agreement. Following performance of the settlement terms by no later than April 1, 2012, the Parties will file a stipulation and order to dismiss this case with prejudice.

September 30, 2011

By: /s/ Christine P. Hsu
Christine P. Hsu (MD Bar No. 13177)
SHULMAN ROGERS GANDAL PORDY & ECKER, PA
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20853
Telephone: (301) 230-5200
Facsimile: (301) 230-2891
E-mail: thsu@shulmanrogers.com

*Counsel for Planet Technologies, Inc.*

September 30, 2011

By: /s/ John C. Lynch
John C. Lynch (MD Bar No. 12963)
Jason E. Manning
TROUTMAN SANDERS LLC
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
        jason.manning@troutmansanders.com

*Counsel for Planit Technology Group, LLC and The Planit Group, Inc..*

September 30, 2011

By: /s/ Thomas Schaufelberger (by permission,)
Thomas Schaufelberger (MD Bar No. 10519)   Christine P. Hsu
SAUL EWING LLP
500 E. Pratt Street
Lockwood Place
Baltimore, MD 21202
Telephone: (410) 332-8766
Facsimile: (410) 332-8113
E-mail: tshauf@saul.com

*Counsel for Casey F. Robinson and Denise M. Robinson*